UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                         : CASE NO: 05-46701
DAVID & LAURA RESMILLER               (chapter 13)
                                                   JUDGE GUY HUMPHREY

            Debtor(s)
SSN XXXX-XX-2104
SSN XXXX-XX-2718

_____

REPORT OF UNCLAIMED FUNDS
_____

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

GRANT RIVERSIDE MEDICAL CARE FOUNDATION
L 3061
COLUMBUS, OH 43260                                                      $17.51

                                                      TOTAL         $17.51

                                                      CHECK NO.      4099871

                                                      /s/ Jeffrey M. Kellner  0022205
                                                      Chapter 13 Trustee
                                                      131 N. Ludlow St.  Suite 900
                                                      Dayton, OH  45402
                                                      (937) 222-7600  Fax (937) 222-7383
                                                      Email:  chapter13@dayton13.com

                                                      DATED:  09/26/11

05-46701

Certificate of Service

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE US TRUSTEE
170 NORTH HIGH ST.
SUITE 200
COLUMBUS, OH 43215

DAVID & LAURA RISMILLER
2634 CRONE RD.
BEAVERCREEK, OH 45434

W MARK JUMP
2130 ARLINGTON RD.
COLUMBUS, OH 43221

Jeffrey M. Kellner    By \s\Jeffrey M. Kellner

0546701_20110926_me
###